# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**MANUEL VAZQUEZ-VERDIALES**<br>DOB: xx/xx/1972;<br>Guatemalan Citizen<br><br>**VICTIM** | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**12-12693M** |

| Complaint for violation of Title 18 | United States Code § 111 (a) |
|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 14, 2012, at or near Tucson, in the District of Arizona, **MANUEL VAZQUEZ-VERDIALES** intentionally and forcibly did assault, resist, oppose, impede, intimidate, and interfere with Border Patrol Agent, Daniel Armienti Jr., an Officer of the United States engaged in the performance of his official duties, with the act involving physical contact with Officer Armienti, in violation of Title 18, United States Code, Sections 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 14, 2012 United States Border Patrol Agent **DANIEL ARMIENTI JR.** responded to a group of suspected Illegal Aliens. The group included Manuel **VAZQUEZ-VERDIALES**. **AREMIENTI** illuminated the defendant and identified himself as a Border Patrol agent. **VAZQUEZ-VERDIALES** struck **ARMIENTI** with a full gallon jug of water causing injury to the agent. **VAZQUEZ-VERDIALES** then fought with the agent until he was subdued.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Recommend Detention Jesse J. Figueroa<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>JJF/df | SIGNATURE OF COMPLAINANT<br>(official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 16, 2012 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54